UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. EDWARDS, | 1:11-cv-01200-MJS (HC) |
| Petitioner, | ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |
| v. | |
| BUREAU OF PRISONS, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 20, 2011, Petitioner, who is currently incarcerated at the Lompoc Federal Correctional Institution, filed a Petition for Writ of Habeas Corpus in the United States District Court for the Eastern District of California. However, Lompoc Federal Correctional Institution is located in Santa Barbara County, California, and within the jurisdiction of the United States District Court for the Central District of California.

A challenge to the execution of a federal sentence is properly brought in a petition for a writ of habeas corpus under 28 U.S.C. § 2241. See United States v. Giddings, 740 F.2d 770, 772 (9th Cir. 1984). And it is preferably brought in the district of confinement. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (noting that even if district court has personal

1

1  jurisdiction over custodian, preferred forum is district where petitioner is confined); see also
2  <u>Rumsfeld v. Padilla</u>, 542 U.S. 426, 159 L. Ed. 2d 513, 124 S. Ct. 2711, 2722 (2004) ("[F]or
3  core habeas petitions challenging present physical confinement, jurisdiction lies in only one
4  district: the district of confinement."). In the interests of justice, a federal court may transfer a
5  case filed in the wrong district to the correct district. <u>See</u> 28 U.S.C. § 1406(a).

6        The Petitioner in the instant case is not incarcerated at a facility within this Court's
7  jurisdiction.  Accordingly, in the interests of justice, the Court HEREBY ORDERS the instant
8  action be transferred to the United States District Court for the Central District of California.

10  IT IS SO ORDERED.
11  Dated:  July 26, 2011            /s/ *Michael J. Seng*
             UNITED STATES MAGISTRATE JUDGE